UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| CONSOLIDATED GRAIN AND BARGE CO., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 3:21-cv-00129-RLY-MPB |
| PORTS OF INDIANA, a/k/a INDIANA PORT COMMISSION, | ) ) ) ) | |
| Defendant. | ) | |

**SCHEDULING ORDER**

The court SETS this matter for a telephonic conference on **AUGUST 30, 2021**

**at 10:00 a.m.** before the Honorable Richard L. Young, Judge. The information

needed to participate in this **telephonic** conference will be provided by a separate

notification.

**SO ORDERED** this 26th day of August 2021.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record