UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

CONSOLIDATED GRAIN AND BARGE CO.,

        Plaintiff,

    vs.

PORTS OF INDIANA aka INDIANA PORT
COMMISSION,

        Defendant.

NO. 3:21-CV-00129-RLY-MPB

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Consolidated Grain and Barge Co., hereby appeals to the United States Court of Appeals for the Seventh Circuit the final Judgment (ECF No. 109) and Entry Granting Defendant's Motion to Dismiss (ECF No. 108) entered on August 31, 2022.

Dated: September 22, 2022

Respectfully submitted,

Consolidated Grain and Barge Co.

/s/ Kal K. Shah

Kal K. Shah (*pro hac vice*)
Matthew J. Langley (*pro hac vice*)
**BENESCH, FRIEDLANDER, COPLAN &
ARONOFF LLP**
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: 312.212.4979
kshah@beneschlaw.com
mlangley@beneschlaw.com

*Attorneys for Plaintiff Consolidated Grain and
Barge Co.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 22, 2022, the foregoing document was electronically filed using the court's CM/ECF system (CM/ECF) and that a copy was served upon the following via CM/ECF:

Andrielle Marie Metzel, ametzel@taftlaw.com
Ann O. McCready, amccready@taftlaw.com
Peter S. French, pfrench@taftlaw.com
Scott R. Alexander, salexander@taftlaw.com
Vivek Randle Hadley, vhadley@taftlaw.com
*Counsel for Defendant*

*/s/ Kal K. Shah*