# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

September 26, 2022

**To:**   Roger A. G. Sharpe
         District/Bankruptcy Clerk

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 22-2708
>
> Caption:
> CONSOLIDATED GRAIN AND BARGE COMPANY,
>           Plaintiff - Appellant
>
> v.
>
> INDIANA PORT COMMISSION,
>           Defendant - Appellee
>
> District Court No: 3:21-cv-00129-RLY-MPB
> Clerk/Agency Rep Roger A. G. Sharpe
> District Judge Richard L. Young
> Court Reporter Margaret Techert
>
> Date NOA filed in District Court: 09/22/2022

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**    (form ID: **188**)